IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK TEAS                                                                 PLAINTIFF

VS.                              4:18CV00206-BRW-JTK

DALTON, *et al.*                                                       DEFENDANTS

## ORDER

The Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District, as Defendants are located there and the events complained of allegedly occurred there. See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, Fort Smith Division, Judge Isaac C. Parker Federal Building, 30 South 6th Street, Room 1038, Fort Smith, AR 72901-2437.

IT IS SO ORDERED this 29th day of March, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.